**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 97-1745**

---

CAROLYN J. WOODS,

Plaintiff - Appellant,

versus

PIZZA HUT OF AMERICA, INCORPORATED,

Defendant - Appellee.

---

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk. John A. MacKenzie, Senior District Judge. (CA-96-1013-2)

---

Submitted: August 14, 1997          Decided: August 21, 1997

---

Before NIEMEYER, Circuit Judge, and BUTZNER[*] and PHILLIPS, Senior Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

[*] Senior Judge Butzner did not participate in consideration of this case. The opinion is filed by a quorum of the panel pursuant to 28 U.S.C. § 46(d) (1994).

Carolyn J. Woods, Appellant Pro Se. Susan Roussel Blackman, WILLCOX & SAVAGE, Norfolk, Virginia, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's adverse grant of summary judgment and dismissal of her civil action. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Woods v. Pizza Hut of America, Inc.</u>, No. CA-96-1013-2 (E.D. Va. Apr. 30, 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

2